```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 39170
    KEVIN W ASHLEY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-0658

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/21/2005 and was confirmed 12/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  32.94%.

     The case was paid in full 10/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ACTION CARD MASTERCARD C   UNSECURED          1904.16           .00         627.21
AMERICAN EEXPRESS          UNSECURED         NOT FILED          .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED OTH      179.99            .00          59.28
ASPIRE VISA                UNSECURED         NOT FILED          .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          1567.84           .00         516.43
ASSET ACCEPTANCE           NOTICE ONLY       NOT FILED          .00            .00
BANKFIRST CARD CENTER      UNSECURED         NOT FILED          .00            .00
BANKFIRST CARD CENTER      UNSECURED         NOT FILED          .00            .00
BP AMOCO                   UNSECURED         NOT FILED          .00            .00
CAPITAL ONE                UNSECURED           292.11           .00          96.22
CAPITAL ONE                UNSECURED           373.49           .00         123.02
CAPITAL ONE                UNSECURED           616.54           .00         203.08
SMC                        UNSECURED           211.59           .00          69.70
RESURGENT CAPITAL SERVIC   UNSECURED          1468.97           .00         483.86
EMERGE MASTERCARD          UNSECURED          4811.82           .00        1584.97
ECAST SETTLEMENT CORP      UNSECURED          1436.46           .00         473.16
HSBC                       UNSECURED          1027.92           .00         338.59
ILLINOIS DEPT OF REVENUE   UNSECURED          1574.98           .00         518.78
ILLINOIS DEPT OF REVENUE   PRIORITY           1403.74           .00        1403.74
MARSHALL FIELDS            UNSECURED           389.08           .00         128.16
PORTFOLIO RECOVERY ASSOC   UNSECURED          4845.93           .00        1596.20
ECAST SETTLEMENT CORP      UNSECURED           393.94           .00         129.76
RESURGENT CAPITAL SERVIC   UNSECURED           274.12           .00          90.29
PORTFOLIO RECOVERY         UNSECURED           543.19           .00         178.92
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                          738.64
DEBTOR REFUND              REFUND                                           202.49

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 39170 KEVIN W ASHLEY
```

```
TRUSTEE                                    12,262.50

PRIORITY                                                      1,403.74
SECURED                                                            .00
UNSECURED                                                     7,217.63
ADMINISTRATIVE                                                2,700.00
TRUSTEE COMPENSATION                                            738.64
DEBTOR REFUND                                                   202.49
                                       ---------------   ---------------
TOTALS                                     12,262.50          12,262.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/27/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 05 B 39170 KEVIN W ASHLEY